## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: 24-cr-184-LLA |
| v. | 40 U.S.C. § 5104(e)(2)(D) |
| | 40 U.S.C. § 5104(e)(2)(G) |
| **CHRISTOPHER GUTIERREZ,** | |
| Defendant. | |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, CHRISTOPHER GUTIERREZ (hereinafter, "the defendant" or "GUTIERREZ"), with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code,

Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 p.m.. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. On January 5, 2021, CHRISTOPHER GUTIERREZ used a Go-Pro to capture his plans for January 6, 2021. In one video, GUTIERREZ captured a FOX NEWS broadcast on the television set in a hotel room. The headline on the broadcast read, "Long Day: Objections to Certification Could Take Hours to Debate" with an image of the U.S. Capitol dome in the

background. GUTIERREZ then turned to an unidentified male who was sitting in a chair looking at a laptop. GUTIERREZ then filmed the laptop screen, which showed a Google Maps layout of Washington, D.C. While interacting with the map, GUTIERREZ stated, among other things, "Getting our layout for tomorrow's route. . . . There's the Capitol Building. We'll be starting our day, morning rather . . . a block or so further down to the Ellipse where we will be and where Trump will be. . . After that, we're going to move down Pennsylvania Avenue to the Capitol Building. . . . The gathering at the Capitol will be at 1 o'clock."

9. On January 6, 2021, GUTIERREZ wore a green, long sleeved sweatshirt, a black vest, a green scarf or neck gaiter, a black hat, and black sunglasses. In addition, GUTIERREZ held a PVC pipe with a white and black flag attached to it. The flag depicted a broken snake and the words "Join or Die."

10. GUTIERREZ attended the "Stop the Steal" rally on the National Mall near the Washington Monument. GUTIERREZ then left the rally and marched through Washington, D.C. towards the U.S Capitol Building. While on restricted Capitol grounds, GUTIERREZ climbed the northwest staircase of the U.S. Capitol Building. The northwest staircase leads to the Upper West Terrace of the U.S. Capitol Building, from which the building itself can be accessed via several entrance points. One of those -- the Senate Wing Door -- was the site of the first breach of the building by rioters on January 6, 2021. At approximately 2:14 p.m., rioters smashed through the windows on their side of the Senate Wing Door, scattering shattered glass, and broke open the Senate Wing Door itself, causing a loud alarm to sound for several hours.

11. At approximately 2:21 p.m., GUTIERREZ was at the bottom of the northwest staircase and raised his arm and fist in the air and appeared to cheer. Shortly thereafter, GUTIERREZ climbed up the banister of the staircase, bypassing large crowds of rioters who had

amassed on the staircase. As GUTIERREZ continued to scale the banister, he put up his hands and cheered again, waving his "Join or Die" flag.

12. At 2:49 p.m., GUTIERREZ entered the U.S. Capitol by climbing through a shattered window adjacent to the Senate Wing Door.

13. GUTIERREZ then advanced even further into the Capitol Building. As he paraded through the Capitol, including through the Senate Wing, Crypt, and Hall of Columns, GUTIERREZ often waved his flag and chanted. GUTIERREZ exited the U.S. Capitol Building through the Memorial Doors at approximately 3:34 p.m. GUTIERREZ remained inside the U.S. Capitol Building for approximately 45 minutes. He remained on Capitol grounds for even longer.

14. On January 7, 2021, GUTIERREZ posted from his Facebook account, stating in part, "[W]e were marching when we heard the news about pences [sic] decision and that is what triggered the uproar. We lost the house senate and our president. I need to make a video or two of what it was like being inside the capital [sic]." In a message exchange on January 7, 2021, in response to another individual's comment "bro u went lol ahahahahah fuck ya. Hope u didn't break into the capitol building ahahahahhahaah." GUTIERREZ responded, "I was the last one out!"

### *Elements of the Offense*

15. The parties agree that disorderly conduct in a Capitol building, in violation of 40 U.S.C. § 5104(e)(2)(D), requires the following elements:

   a. First, the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol buildings or grounds.

   b. Second, the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.

   c. Third, the defendant acted willfully and knowingly.

16.  The parties agree that parading, demonstrating, or picketing in a Capitol building, in violation of 40 U.S.C. § 5104(e)(2)(G), requires the following elements:

   a.  First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

   b.  Second, the defendant acted willfully and knowingly.

### *Defendant's Acknowledgments*

17.  The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he engaged in disorderly and disruptive conduct in a Capitol building and did so with the intent to disrupt a session of Congress. The defendant further admits that he paraded, demonstrated, or picketed in a Capitol building. The defendant further admits that he acted willfully and knowingly.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  */s/ Julie Bessler*
JULIE BESSLER
PA Bar No. 328887
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
(202) 809-1747
Julie.Bessler@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Christopher Gutierrez, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 3/29/2024

Christopher Gutierrez
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 3/29/24

Kara R. Ottervanger
Attorney for Defendant